### 11612.   WATTS *v.* SANDERS.

BROYLES, C. J.   Under the pleadings and the evidence as disclosed by the record, the verdict for the defendant was amply authorized, and none of the special grounds of the motion for a new trial shows cause for a reversal of the judgment below.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 28, 1920.

Action on contract; from city court of Greensboro — Judge Brown.   May 14, 1920.

*Miles W. Lewis,* for plaintiff.

*J. G. Faust, Noel P. Park,* for defendant.